JUDGE RAKOFF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
C.P. FERRELL, INC., CHARLES FERRELL,
GARY B. LUNDY, LYNN HENNINGS,
PATRICIA LEWICK, CHRIS MCGIRT,
GEORGE POULLS, CINDY MILLER,
BRIAN TAYLOR, KEVIN STANFIELD,
MARK WHITE, TED E. WILCOX,
ROBERT L. WEITZEL and GIBSON PRYOR

                Civil Action No. 07 CV 10666 (JSR)

              Petitioners,

**ORDER ON AGREED PETITION
TO CONFIRM ARBITRATION
AWARD AND FOR ENTRY
OF FINAL JUDGMENT**

-against-

BLIMPIE INTERNATIONAL, INC.,

              Respondent.
------------------------------------------------------------x

**THIS CAUSE** came before the Court on Petitioners' Agreed Petition to Confirm Arbitration Award and for Entry of Final Judgment. The Court, having considered the Petition and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Petitioners' Agreed Petition to Confirm Arbitration Award and for Entry of Final Judgment is hereby **GRANTED**.

**DONE AND ORDERED** in Chambers at New York, New York this 8th day of December ~~November~~ 2007.

                                        U.S. DISTRICT COURT JUDGE

cc:    Counsel of Record

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-10-07